

**Serge Krimnus, Esq.**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

**o** 646.971.0685 **e** serge@bochner.law **w** bochner.law

June 1, 2026

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Rm 2103
New York, NY 10007



> **Re:** *Great Bowery Inc. et al v. Von Dutch, LLC et al;* Case No.: 1:26-cv-3663
> <u>Letter Motion for Extension of Time to Respond to Complaint</u>

Dear Judge Polk Failla,

Our firm is counsel to Defendant WSG Von Dutch LLC ("Defendant") in the above referenced matter and we write with the consent of Plaintiffs Great Bowery Inc. and Carin Backoff (collectively "Plaintiffs" and, together with Defendant, the "Parties"). Pursuant to Rule 2(C)(i) of Your Honor's Individual Rules of Practice, the Parties respectfully request a 30-day extension of time, up to and including July 3, 2026, for Defendant to respond to Plaintiffs' Complaint (the "Complaint") [ECF 1]. Defendant states as follows:

1. The current deadline for Defendant to respond to the Complaint is June 3, 2026.
2. This is the first time a request to extend this deadline has been made for the instant action. Prior to the transfer of this case from the Central District of California (Case No.: 2:25-cv-11749) to the Southern District of New York, the Parties stipulated to two previous extensions for Defendant to respond to the Complaint.
3. No previous requests were made before this Court, therefore they have not been granted or denied. The two previous requests before the Central District of California were both granted.
4. The reason for the current request is that the Parties are actively engaged in meaningful settlement discussions and are hopeful they will reach an early resolution.
5. Plaintiffs consent to this request.
6. The Parties are currently scheduled to submit a proposed civil case management plan and scheduling order, along with a joint letter, by July 2, 2026. There is also an initial pretrial conference via telephone scheduled for July 10, 2026. If the requested extension is granted, the parties note these two scheduled dates will likely need to be revised at the Court's availability and discretion. No other deadlines are set in the case, and therefore no other future dates will be impacted by this extension.

We thank the Court for its time and attention in this matter.



**Serge Krimnus, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 e serge@bochner.law w bochner.law

Respectfully submitted,

/s/ Serge Krimnus
Serge Krimnus, Esq.

Application GRANTED.

The deadline for Defendant to respond to Plaintiffs'
Complaint is hereby ADJOURNED to **July 3, 2026.**
Accordingly, the initial pretrial conference ("IPTC") is
ADJOURNED to **July 28, 2026,** at **10:00 a.m.**  As before, the
conference will be telephonic.  The dial-in information is
as follows:  At the scheduled time, the parties shall call
(855) 244-8681 and enter access code 2315 780 7370.  The
parties' proposed Civil Case Management Plan and Scheduling
Order is due the Thursday prior to the IPTC.

The Clerk of Court is directed to terminate the pending
motion at docket entry 21.

Dated:     June 2, 2026
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE